```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 17373
   LUIS LABOY JR
   DEMETRIA A BROWNING                      CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-9289     SSN XXX-XX-2458

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/29/2006 and was confirmed 03/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  18.00%.

     The case was dismissed after confirmation 01/07/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG        .00           .00            .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE        .00           .00            .00
AMERICAN GENERAL FINANCE   SECURED VEHIC    1795.25         83.72         548.73
AMERICREDIT FINANCIAL SV   SECURED VEHIC   28886.76       2064.53        4425.68
AMERICREDIT FINANCIAL SV   UNSECURED       NOT FILED         .00            .00
DEPT OF WATER              SECURED           386.00           .00         151.72
CONTINENTAL FURNITURE      SECURED          1353.00           .00         203.11
CONTINENTAL FURNITURE      UNSECURED       NOT FILED         .00            .00
IRA T NEVEL                NOTICE ONLY     NOT FILED         .00            .00
IL STATE DISBURSEMENT UN   DSO ARREARS      3375.42           .00            .00
CASH AMERICA               UNSECURED         771.92           .00            .00
SELENA LABOY               NOTICE ONLY     NOT FILED         .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         4194.90           .00            .00
AMERICASH LOANS LLC        UNSECURED         384.61           .00            .00
CAPITAL ONE                UNSECURED        1349.41           .00            .00
CAPITAL ONE                UNSECURED         752.17           .00            .00
CASH AMERICAN FINANCIAL    UNSECURED       NOT FILED         .00            .00
CASH AMERICA               NOTICE ONLY     NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED         340.00           .00            .00
COMMONWEALTH EDISON        UNSECURED        1810.93           .00            .00
COOK COUNTY STATES ATTY    UNSECURED       NOT FILED         .00            .00
DANE COUNTY CLERK          PRIORITY          846.79           .00            .00
WALMART STORES INC         NOTICE ONLY     NOT FILED         .00            .00
GINNYS                     UNSECURED         519.23           .00            .00
GO AMERICA                 UNSECURED       NOT FILED         .00            .00
DANE COUNTY CLERK OF COU   NOTICE ONLY     NOT FILED         .00            .00
COMED                      NOTICE ONLY     NOT FILED         .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         404.25           .00            .00
JEFFREY M LEVING           UNSECURED       NOT FILED         .00            .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY     NOT FILED         .00            .00
MEDICAL                    UNSECURED       NOT FILED         .00            .00
MIDNIGHT VELVET            UNSECURED         380.24           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 17373 LUIS LABOY JR & DEMETRIA A BROWNING
```

```
AMERICAS FINANCIAL CHOIC  UNSECURED       NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSECURED          336.18            .00            .00
US BANK                   UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK          NOTICE ONLY     NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          404.36            .00            .00
CAPITAL ONE               NOTICE ONLY     NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         2075.86            .00            .00
RJM AQUISITIONS FUNDING   UNSECURED          147.14            .00            .00
ROCKFORD MERCANTILE AGEN  UNSECURED           65.00            .00            .00
RUSH OAK PARK HOSPITAL    UNSECURED       NOT FILED            .00            .00
SEVENTH AVENUE            UNSECURED          194.99            .00            .00
T-MOBILE USA              UNSECURED          409.95            .00            .00
SWISS COLONY              UNSECURED          447.11            .00            .00
US BANCORP                UNSECURED       NOT FILED            .00            .00
VALENTINE & KEBARTAS INC  NOTICE ONLY     NOT FILED            .00            .00
COM ED                    NOTICE ONLY     NOT FILED            .00            .00
WALMART STORES INC        UNSECURED          164.38            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         1394.51            .00            .00
LEGAL HELPERS PC          DEBTOR ATTY      2,000.00                         26.53
TOM VAUGHN                TRUSTEE                                          507.50
DEBTOR REFUND             REFUND                                              .00
```

Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      8,011.52

PRIORITY                                              .00
SECURED                                          5,329.24
    INTEREST                                     2,148.25
UNSECURED                                             .00
ADMINISTRATIVE                                      26.53
TRUSTEE COMPENSATION                               507.50
DEBTOR REFUND                                         .00
                            ---------------    ---------------
TOTALS                       8,011.52            8,011.52
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 04/23/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 06 B 17373 LUIS LABOY JR & DEMETRIA A BROWNING